UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN FOSTER,<br><br>        Petitioner,<br><br>    v.<br><br>M. POWERS,<br><br>        Respondent.<br>_____/ | CV F    04-6046 DLB HC<br><br>ORDER DENYING PETITIONER'S MOTION<br>TO EXPEDITE REVIEW<br><br>[Doc. 17] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

    Petitioner filed the instant petition for writ of habeas corpus on August 3, 2004. Respondent filed an answer to the petition on November, 23, 2004, and Petitioner filed a traverse on December 27, 2004.  Thus, the Court is aware of Petitioner's pending petition.  Nevertheless, the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.  Accordingly, Petitioner's motion to expedite the pending petition for writ of habeas corpus must be DENIED.

    IT IS SO ORDERED.

    Dated:  August 3, 2005        /s/ Dennis L. Beck
3b142a
                                       UNITED STATES MAGISTRATE JUDGE